# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRANCH BANKING AND TRUST COMPANY,**

      **Plaintiff,**

**v.**                                       **Case No:   6:15-cv-2005-Orl-31TBS**

**CHALIFOUX BUSINESS PARK, L.L.C., THOMAS E. CHALIFOUX, JR. , HARRY W. CHALIFOUX and CAROLYN A. CHALIFOUX,**

      **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Final Judgment (Doc. 24), filed February 29, 2016.

On March 10, 2016, the United States Magistrate Judge issued a report (Doc. 30) recommending that the motion be granted. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Final Judgment is **GRANTED**.

3. Plaintiff shall cancel and tender to the Court the original promissory note. After receipt of the note, the Clerk will enter judgment as outlined in the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 29, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party